UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------X
                                          :

JASON WIMBERLY,                    :

                                      :

                       Plaintiff,   :

                                      :                    22-cv-7581 (VSB)

           -against-        :

                                      :                    **ORDER**

MELANIE STERN, SPRING BANK, JAY  :
LAWRENCE HACK, GALLER, DREYER  :
& BERKEY, LLP,                  :

                                      :

                     Defendants.  X

--------------------------------------------------------

VERNON S. BRODERICK, United States District Judge:

      I am in receipt of the letter filed by Mr. Marshall on December 7, 2022 requesting

changes to the parties' briefing schedule for the motions to dismiss and motion to stay.  (Doc.

32.)  I am also in receipt of Plaintiff's opposition letter and notice of intent to move for sanctions.

(Docs. 33, 35.)  In the future, the parties will be expected to abide by Rule 1(G) of my Individual

Rules & Practices in Civil Cases concerning requests for adjournments or extensions of time,

which requires, among other things, that any extension request be made at least 48 hours in

advance.  It is hereby:

      ORDERED that Plaintiff's oppositions to Defendants' motions to dismiss (Docs. 9–10.)

are due December 8, 2022.  Defendants' will have two (2) weeks to reply, with replies due

December 22, 2022.

      IT IS FURTHER ORDERED that Defendants' will be granted a one (1) week extension

to respond to Plaintiff's motion to stay, (Doc. 21), with the response due December 14, 2022.

Plaintiff may file a reply to any response filed by Defendants.  Plaintiff's reply is due by

December 21, 2022.

The Clerk of the Court is respectfully directed to close Doc. 32 and mail a copy of this

Order to the Plaintiff.

SO ORDERED.

Dated:  December 8, 2022
         New York, New York


Vernon S. Broderick
United States District Judge