

**Adam M. Marshall, Esq.**
amarshall@kdvlaw.com

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J.    6/29/23

VIA ECF
Honorable Vernon S. Broderick, U.S.D.J.
United States District Court
Southern District of New York
40 Foley Square
New York, New York 10007

      Re:    <u>Wimberly v. Stern, et al.
              Case No. 1:22-cv-7581 (VSB)</u>

Dear Judge Broderick:

      This firm represents defendants Melanie Stern and Spring Bank (collectively, the "Bank Defendants") in the above matter. We write to respectfully request that the deadline for the Bank Defendants to file opposition to Plaintiff's motion to amend (ECF Doc. 57) be extended from June 30, 2023 to July 28, 2023. The motion to amend seeks to add additional causes of action against Spring Bank and to add this firm and the undersigned as named defendants.

      This would be the second such extension. (<u>See</u> ECF Docs. 60, 61). We are requesting the additional time because the undersigned fell seriously ill for several weeks after the current schedule was set. Given that the Bank Defendants previously announced their intention to seek sanctions against Plaintiff (ECF Doc. 60), we have not sought Plaintiff's consent.

      We thank the Court for its consideration.

                                        Respectfully submitted,
                                        Kaufman Dolowich & Voluck, LLP

                    By:  _____
                            Adam M. Marshall, Esq.

cc:    Jason Wimberly
       *Plaintiff Pro Se*
       231 E. 117th St., Unit 5D
       New York, NY 10035
       Email: jasonwimberly7@gmail.com
       (Via Email)

Joseph Salvo, Esq.
Sharon Sprayregen, Esq.
Gordon Rees Scully Mansukhani, LLP
*Attorneys for Defendants*
*Jay Lawrence Hack and Gallet, Dreyer & Berkey, LLP*
1 Battery Park Plaza, 28th Floor
New York, NY 10004
(Via ECF)