**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

JASON WIMBERLY                                          22-cv-7581 (VSB)
PLAINTIFF                                                        TRIAL BY JURY DEMANDED

V.

MELANIE STERN, JAY LAWRENCE HACK, GALLET, DREYER & BERKEY, LLP
DEFENDANTS

## MOTION FOR JUDICIAL NOTICE

Now comes Plaintiff Jason Wimberly and pursuant to Federal Rules of Evidence Rule 201 and moves this Court to take judicial notice of Defendant Spring Bank's Website in its entirety or in the alternative, the following pages on its website:

https://www.spring.bank/about-us/

https://www.spring.bank/3-reasons-to-bank-with-a-cdfi-like-us/

https://www.spring.bank/investing-in-us-to-invest-in-you/

https://www.spring.bank/micromobility-for-new-yorkers-via-a-financial-inclusion-grant/

https://www.spring.bank/cdfis-on-the-front-lines-of-emergency-lending/

https://www.spring.bank/ethical-banking/

https://www.americanbanker.com/conference/digital-lending-investing-2017/speakers/melanie-stern

https://www.cdfifund.gov/about

APPLICATION GRANTED
SO ORDERED [signature]
VERNON S. BRODERICK
U.S.D.J.  7/21/23

I take judicial notice of these website pages pursuant to Fed. R. Evid. 201 because the website pages are publicly available and their existence is not subject to reasonable dispute. *See Nat'l Acad. of Television Arts & Scis., Inc. v. Multimedia Sys. Design, Inc.*, 551 F. Supp. 3d 408, 418 (S.D.N.Y. 2021). I make no findings as to the truth of the matters asserted on any of the website pages. The Clerk of the Court is respectfully directed to terminate the pending gavels at Docs. 17 and 18.