```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JASON WIMBERLY,                                             :
                                                            :
                                   Plaintiff,               :
                 - against -                                :
                                                            :            22-CV-7581 (VSB)
MELANIE STERN, SPRING BANK, JAY                             :
LAWRENCE HACK, GALLER, DREYER &                             :             **ORDER**
BERKEY, LLP,                                                :
                                                            :
                                   Defendants.              :
------------------------------------------------------------X
```

<u>VERNON S. BRODERICK</u>, United States District Judge:

I am in receipt of the following submissions: (1) Plaintiff's Motion for Leave to Appeal *in forma pauperis*, filed on November 7, 2023, (Doc. 89); (2) a 7-page "Statement of Appeal" that Plaintiff emailed to the Pro Se Office on November 8, 2023 at 12:10 p.m.; (3) Defendants' letter, filed on November 9, 2023, requesting that the Court deny Plaintiff's "motion to 'Alter or Amend Judgment Pursuant to Fed. R. Civ. P. Rule 59(e)'" as untimely, (Doc. 90); and (4) Plaintiff's letter opposing Defendants' request. (Doc. 91.) Although the parties' respective letters refer to a separate document that was supposedly sent to the Pro Se Office on November 9, 2023, I have not been able to locate this document. Accordingly, it is hereby:

ORDERED that the parties appear telephonically for a conference scheduled on December 15, 2023 at 10:00 a.m. The call-in number for the conference line is 888-363-4749 and the access code is 2682448. The parties should be prepared to discuss which document the parties are referring to in their letters, as well as whether the Court should construe this document as a motion for reconsideration of my prior Opinion & Order, (Doc. 78), which I

directed Plaintiff to file in accordance with my Individual Rules.  (*See* Doc. 86.)

SO ORDERED.

Dated: November 30, 2023
       New York, New York

*Vernon Broderick*
Vernon S. Broderick
United States District Judge