UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------- X
JASON WIMBERLY,                                          :
                                                         :
                                   Plaintiff,            :
                  - against -                            :
                                                         :          22-CV-7581 (VSB)
MELANIE STERN, SPRING BANK, JAY                          :
LAWRENCE HACK, GALLER, DREYER &                          :          **ORDER**
BERKEY, LLP,                                             :
                                                         :
                                   Defendants.           :
-------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

On December 15, 2023, I held a telephonic conference in this case. For the reasons stated on the record during the conference, it is hereby:

ORDERED that on or before January 19, 2024, Defendants shall file their opposition memoranda to Plaintiff's motion for reconsideration, (Doc. 94.)

IT IS FURTHER ORDERED that on or before February 9, 2024, Plaintiff shall file his reply memoranda in support of his motion. Pursuant to Rule 4(B) of my Individual Rules & Practices in Civil Cases, Plaintiff's reply memoranda must be limited to ten pages.

Dated: December 15, 2023
       New York, New York

*[signature: Vernon Broderick]*

Vernon S. Broderick
United States District Judge