**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
JASON WIMBERLY,

                    Plaintiff,

     -against-                                  22 **CIVIL** 7581 (VSB)

## JUDGMENT

MELANIE STERN, SPRING BANK, JAY
LAWRENCE HACK, GALLET, DREYER
& BERKEY, LLP,

                    Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 12, 2025, (1) Plaintiff's motion for reconsideration, (Doc. 81), is DENIED; (2) Plaintiff's motion for leave to appeal in forma pauperis, (Doc. 89), is DENIED as moot; (3) the GDB Defendants' letter motion for leave to cross-move for reconsideration, (Doc. 90), is DENIED as moot; and (4) the GDB Defendants' cross-motion for reconsideration, (Doc. 101), is GRANTED IN PART AND DENIED IN PART and Plaintiff's § 1692e claims are DISMISSED; accordingly, the case is closed.

**Dated:**  New York, New York

       September 18, 2025

                                                  **TAMMI M. HELLWIG**

                                                     **Clerk of Court**

                         **BY:**

                                                     **Deputy Clerk**