UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
JASON WIMBERLY,                                   :
                                                  :
                                    Plaintiff,    :
                                                  :
                  - against -                     :          22-CV-7581 (VSB)
                                                  :
MELANIE STERN, SPRING BANK, JAY     :            **<u>ORDER</u>**
LAWRENCE HACK, GALLET, DREYER & :
BERKEY, LLP,                                      :
                                                  :
                                  Defendants.   :
-----------------------------------------------------------X

<u>VERNON S. BRODERICK</u>, United States District Judge:

     I am in receipt of Plaintiff's October 22, 2025 motion for an extension of time to file his

notice of appeal.  (Doc. 120.)  Plaintiff argues that due to "severe and ongoing medical

conditions" and because he received notice of the judgment "on September 24, 2025, six days

after entry of judgment," he was not able to timely file his notice of appeal.  *Id.*  Federal Rule of

Appellate Procedure 4(a)(5)(A) provides that the district court may extend the time to file a

notice of appeal if the party seeking to appeal:  (i) moves for such relief no later than 30 days

after the time the notice of appeal originally should have been filed, as prescribed by Rule 4(a),

and (ii) demonstrates that the failure to meet the deadline was the result of "excusable neglect" or

"good cause."  Fed. R. App. P. (4)(a)(5)(A).

     ORDERED that the Court will only decide this motion after Defendants file their

opposition brief and Plaintiff, if he chooses to do so, files a reply brief.  Plaintiff is also directed

to file an affidavit or declaration on or before December 9, 2025 demonstrating the existence of

these medical conditions and mailing issues and why or how they prevented him from timely

filing his notice of appeal.

Dated:      November 12, 2025
              New York, New York

                                   Vernon S. Broderick
                                   United States District Judge