**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**


JASON WIMBERLY,

Plaintiff,

v.


Stern, et al.,

Defendants.

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 12/15/2025

**Case No. 1:22-cv-07581-VSB**


**PLAINTIFF'S REQUEST FOR SEVEN-DAY EXTENSION OF TIME**
**TO FILE AFFIDAVIT IN SUPPORT OF MOTION FOR**
**EXTENSION OF TIME TO FILE NOTICE OF APPEAL**


December 11, 2025


The Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Wimberly v. Stern, et al., Case No. 1:22-cv-07581-VSB

Dear Judge Broderick:

Plaintiff Jason Wimberly, proceeding pro se, respectfully requests a seven-day extension of time to file the affidavit in support of his pending motion for extension of time to file a notice of appeal. Good cause exists for this extension based on serious medical complications and emergency medical procedures requiring immediate attention.

**I. RECENT MEDICAL EMERGENCIES**

Over the past several days, Plaintiff has experienced severe medical complications requiring emergency intervention:

**1. Emergency Balloon Angioplasty (December 10, 2025):** Yesterday, ██████████████████████████████████████████████ ████████████████████████████████████████ ███████████████████████████████████████ ██████████████████████ dialysis.

**2. Missed Dialysis Treatment (December 9, 2025):** Due to a miscommunication, Plaintiff missed his regularly scheduled dialysis session on Tuesday, December 9, 2025. For patients with end-stage renal disease, missing even a single dialysis treatment can result in dangerous accumulation of toxins, fluid overload, and life-threatening complications.

**3. Rescheduled Emergency Dialysis (December 10, 2025):** To compensate for the missed Tuesday session, Plaintiff required an emergency rescheduled dialysis session yesterday (December 10, 2025), which was performed following ████████████████████

**4.** ███████████████ For the past several days, Plaintiff has experienced ████████████████████████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ███████

## II. COMPETING LITIGATION DEMANDS

In addition to these medical emergencies, Plaintiff has been required to address urgent litigation matters with court-imposed deadlines:

**1. Reply Brief Due December 9, 2025:** Plaintiff was required to prepare and file his reply brief in opposition to Defendants' motion to strike his Second Motion for Reconsideration, which was due due on December 9, 2025, Given the Court's December 8, 2025 endorsement granting Plaintiff's application to file an oversized brief and directing him to refile exhibits with proper redactions, Plaintiff prioritized completing this filing to comply with the Court's order and is still working to complete this.

**2. Medical Exhibit Redaction:** The Court's December 8, 2025 order also required Plaintiff to redact personally identifiable information from medical exhibits (Exhibits 6, 9, and 10) and refile them under seal. Completing this task while managing emergency medical procedures and ███████████ has consumed what limited time and energy Plaintiff had available.

## III. INABILITY TO COMPLETE AFFIDAVIT

Due to the combination of ████████████████████████ (angioplasty), missed and rescheduled dialysis treatments, ███████████████nd the need to complete court-ordered filings with imminent deadlines, Plaintiff has been unable to complete the affidavit in support of his motion for extension of time to file a notice of appeal.

Plaintiff does not make this request lightly. He is acutely aware of the Court's time and the importance of adhering to deadlines. However, the medical emergencies he has faced over the past week—including a life-threatening fistula blockage requiring emergency intervention—have made it physically impossible to complete all required filings simultaneously.

## IV. SEVEN-DAY EXTENSION IS REASONABLE AND WILL NOT PREJUDICE DEFENDANTS

Plaintiff respectfully requests a seven-day extension—until December 18, 2025—to file the affidavit in support of his motion for extension of time to file a notice of appeal.

This modest extension is reasonable under the circumstances:

**1. Medical Necessity:** The emergency angioplasty, missed dialysis, and severe bone pain are documented medical emergencies beyond Plaintiff's control.

**2. No Prejudice to Defendants:** Defendants will suffer no prejudice from a seven-day extension. The underlying motion for extension of time to file a notice of appeal is already pending, and a brief delay in receiving Plaintiff's supporting affidavit will not affect Defendants' ability to respond.

**3. Plaintiff's Pro Se Status and Medical Conditions:** As the Court is aware from Plaintiff's medical exhibits filed under seal pursuant to the Court's December 8, 2025 order, Plaintiff suffers from end-stage renal disease requiring dialysis four times weekly, ███████████████████████████ ████████████████████████████████████████████ ██████████These conditions, combined with the emergency medical procedures of the past week, for which Plaintiff is waiting on documentation of from his physicians and also documentation from them attesting to the adverse impacts of being diverted from dialysis in whole or in part to support

any  burden to prove harm to support standing, these warrant the modest flexibility Plaintiff requests.

**4. Good Faith Effort:** Despite his medical emergencies, Plaintiff has made good faith efforts to comply with all court deadlines, Plaintiff also received dialysis today and has a medical appointment today and tomorrow (Friday December 12th and is working to redact and refile medical exhibits as the Court ordered.

## V. CONCLUSION

For the foregoing reasons, Plaintiff apologizes to the Court for the brief delay and respectfully requests that the Court grant a seven-day extension—until December 16, 2025—to file the affidavit in support of his motion for extension of time to file a notice of appeal.

Plaintiff apologizes for any inconvenience this request may cause and assures the Court that he will file the affidavit as promptly as his medical condition permits.


Respectfully submitted,

/s/ Jason Wimberly
JASON WIMBERLY
Plaintiff Pro Se
231 East 117th Street, Apt. 5D
New York, NY 10035


Dated: December 11, 2025

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2025, I served a true and correct copy of the foregoing Request for Extension of Time upon all counsel of record via E-mail .

/s/ Jason Wimberly
JASON WIMBERLY