VIA PRO SE INTAKE OFFICE
Thursday February 12, 2026

Honorable Vernon S. Broderick
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

APPLICATION GRANTED
SO ORDERED
VERNON S. BRODERICK
U.S.D.J. 2/18/2026

The Court grants Plaintiff a 21-day extension to file his reply to Defendants' opposition and cross-motion for sanctions. The Clerk of Court is respectfully directed to terminate the motions at Docs. 173-175.

Re: Wimberly v. Stern, et al., No. 1:22-cv-7581 (VSB)
Letter Motion for Extension of Time to Reply to Defendants' Opposition and Cross-Motion

Dear Judge Broderick:

Plaintiff respectfully requests a 21-day extension of time to file his reply to Defendants' opposition to Plaintiff's motion for sanctions and Defendants' cross-motion for a filing injunction. (ECF Doc. 170). The Plaintiff has not sought the consent of the Defendants as I assume in light of my opposition to their request for multiple extension they would decline. The Defendant's opposition was filed on the extended due date of February 6th, 2026. The Plaintiff is uncertain of which of the two, but replies are due either 7 or 14 days thereafter which would make the reply due by February 13, or the 20th. In either case, the Plaintiff respectfully seeks an extension.

MEDICAL ISSUES REQUIRING ATTENTION

Within the past week, Plaintiff has had to attend to several urgent ████████████████████ ████████████████

████████████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████
██████████████████████████████████

Second, Plaintiff continues to ████████████████████████████████
████████████████████████████████████████████
████████████████ required multiple appointments ██████████

Third, Plaintiff is actively ████████████████████████████████████
████████████████████████████████████████████
████████████████████████████████████████
████████ and coordination across multiple time zones—all of which has been time-consuming but ████████████████.

██████████████████████████████████████████████████████████████████ ██████████████████████████████████ A brief extension will allow Plaintiff to address these urgent ████████████ while preparing a complete and thorough response.

DEFENDANTS' UNANTICIPATED CROSS-MOTION REQUIRES ADDITIONAL BRIEFING

Defendants' opposition does not merely respond to Plaintiff's sanctions motion—it also includes a cross-motion seeking a filing injunction that would prohibit Plaintiff from filing motions without prior court approval. (ECF Doc. 170 at 1, 9).

This cross-motion raises serious First Amendment issues that require careful briefing beyond what would be necessary for a standard reply. The request seeks extraordinary relief—a prior restraint on constitutionally protected activity—and therefore demands substantive legal analysis and factual response that Plaintiff had not anticipated when calculating the time needed for a reply brief.

Additionally, Defendants have attached as exhibits certain state court decisions and declarations that Plaintiff must now analyze and respond to in the context of the filing injunction request. This adds further complexity beyond the scope of a typical reply brief.

NO PREJUDICE TO DEFENDANTS

This request will not prejudice Defendants. The matters at issue—Plaintiff's sanctions motion and Defendants' cross-motion—do not involve time-sensitive emergency relief. A 21-day extension will allow Plaintiff to respond fully to both the opposition and the cross-motion while managing serious medical conditions.

Moreover, Defendants themselves have had ample time to prepare their opposition, and a brief extension to allow Plaintiff to respond thoroughly serves the interests of justice and judicial economy.

CONCLUSION

Plaintiff makes this request in good faith and with respect for the Court's schedule. The extension is necessary to accommodate urgent medical issues that have arisen in the past week and to respond adequately to Defendants' unanticipated cross-motion for extraordinary relief.

For these reasons, Plaintiff respectfully requests that the Court grant a 21-day extension of time to file his reply brief.

Thank you for the Court's consideration.

Respectfully submitted,

/s/ Jason Wimberly
Jason Wimberly

Plaintiff, Pro Se